**Entered on Docket
July 21, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc Bear Stearns ALT-A Trust 2005-, its assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-20560-mkn |
| | ) |
| Vincent James Calogero, Jr., | ) Chapter 7 |
| Stacy Lee Calogero, | ) |
| | ) DATE: 07/14/10 |
| Debtors. | ) TIME: 01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                                    M&H File No. NV-10-30249
                                                                                            10-20560-mkn

1  The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1830 North Buffalo Drive Unit 1050, Las Vegas, NV 89128.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*Order Filed 06/14/10-no response received*
Blake A. Field, Esq.
1641 E. Flamingo, Ste. 7
Las Vegas, NV 89119
(702) 968-9356

Approved/Disapproved

*Order Filed 06/14/10-no response received*
William A. Leonard
6625 South Valley View #224
Las Vegas, NV 89118

1  ALTERNATIVE METHOD re; RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3
4  ☐ The court has waived the requirement of approval under LR 9021.

5  X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
6  delivered a copy of this proposed order to all counsel who appeared at the hearing, any
   unrepresented parties who appeared at the hearing, and each has approved or disapproved the
7  order, or failed to respond, as indicated below [list each party and whether the party has
   approved, disapproved, or failed to respond to the document]:

8
9  ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
   to all counsel who appeared at the hearing, any unrepresented parties who appeared at the
10 hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
   [list each party and whether the party has approved, disapproved, or failed to respond to the
11 document]:

12
   ☐ I certify that I have served a copy of this order with the motion, and no parties
13 appeared or filed written objections.

14      Counsel appearing: Blake A. Field- Order Filed 06/14/10-no response received

15      Unrepresented parties appearing: None

16
        Trustee: William A. Leonard- Order Filed 06/14/10-no response received
17

18 Submitted by:
   McCarthy & Holthus, LLP
19
   /s/ Christopher K. Lezak.
20 Christopher K. Lezak, Esq.

21

22

23

24

25

26

27
                                          ###
28

29

*Rev. 12.09*                                                    M&H File No. NV-10-30249
                                                                          10-20560-mkn